**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,**<br>600 Fifth St., NW,<br>Washington, DC  20001<br><br>        Plaintiff,<br><br>v.<br><br>**TRACY SMITH**<br>4400 14th Street, NE<br>Washington, DC  20017<br><br>        Defendant. | CASE NO.:  _____ |

**COMPLAINT**

Plaintiff Washington Metropolitan Area Transit Authority ("WMATA"), by and through its undersigned counsel, brings this Complaint to recover foreseeable damages resulting from a motor vehicle collision caused by Defendant Tracy Smith's negligence and states as follows:

**PARTIES**

1.        WMATA is a transit authority created by interstate compact among the District of Columbia, Maryland, and Virginia, which was approved by Congress, and its headquarters is located in Washington, DC.

2.        Tracy Smith is an adult resident of the District of Columbia.

**JURISDICTION AND VENUE**

3.        This is a civil action over which this Court has original jurisdiction, pursuant to the interstate compact among the District of Columbia, Maryland, and Virginia, which was approved by Congress.  *See* Pub. L. No. 89-774; D.C. Code Ann. § 9-1107.10 (specifically granting U.S. district courts original jurisdiction over suits brought by WMATA).

4. Venue is appropriate pursuant to 28 U.S. Code § 1391, because this case involves a motor vehicle collision that occurred within the District of Columbia between a District of Columbia resident, and a bus owned by a transit authority headquartered in the District of Columbia.

## FACTUAL BACKGROUND

5. On or about September 28, 2016, Metro bus # 2832 was stopped at a red light facing westbound on South Dakota Avenue, NE, near its intersection with Gallatin Street, NE.

6. At the same time and place, Defendant Tracy Smith was driving a gray Toyota Camry westbound on South Dakota Avenue, NE approaching its intersection with Gallatin Street, behind Metro bus # 2832.

7. Defendant Tracy Smith's vehicle collided with the rear of Metro bus # 2832.

8. Said motor vehicle collision was caused solely and proximately by negligent acts and omissions on the part of the Defendant without any contributory fault on the part of the Plaintiff's bus operator.

9. More specifically, Defendant Tracy Smith caused the rear end collision, because she failed to keep a safe following distance, failed to maintain a proper lookout, failed to maintain proper control of her vehicle, failed to pay full time and attention to the operation of her vehicle, failed to operate her vehicle at a controlled speed necessary to avoid striking a stationary bus, and failed to apply her brakes in a timely manner.

10. As a direct and proximate result of the rear-end collision caused by Defendant Tracy Smith's negligence, Plaintiff's bus operator, Dennis Buchanan, sustained serious personal injuries and suffered other damages, including lost wages.

11. As a direct and proximate result of said motor vehicle collision, WMATA

suffered foreseeable damages, including payments totaling $83,887.42 in workers compensation benefits to the operator of Metro bus # 2832, Dennis Buchanan.

### COUNT I - NEGLIGENCE

12. Plaintiff reasserts and realleges any and all allegations of this Complaint as if fully set forth herein.

13. As a licensed driver, Defendant Tracy Smith owed a duty of care to Metro bus # 2832 to operate her vehicle in a proper fashion with the degree of care and skill that a reasonably competent driver would have exercised in similar circumstances.

14. Defendant Tracy Smith breached her duty of care by operating her vehicle in an unreasonably unsafe manner, causing the rear end collision with Metro bus # 2832, which was stopped at the time of the accident.

15. As a direct and proximate result of Defendant Tracy Smith's negligence, Plaintiff's bus operator, Dennis Buchanan, sustained serious bodily injuries and suffered other damages, including lost wages.

16. As a further direct and proximate result of the negligent acts and omissions of Defendant, Plaintiff suffered damages, including the foreseeable obligation to pay workers' compensation benefits to its bus operator, Dennis Buchanan.

**WHEREFORE**, Plaintiff WMATA prays this Honorable Court enter judgment against Defendant Tracy Smith, in an amount to be proven at trial, but not less than $83,887.42, plus costs, allowable interest, and any such other and further relief that this Court deems just and proper.

Respectfully submitted,

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

*/s/ M. Richard Coel*
M. Richard Coel # 1005236
202.962.6096
RCoel@wmata.com

*/s/ J. Douglas Cuthbertson*
J. Douglas Cuthbertson # 479789
202.962.2537
JDCuthbertson@wmata.com

Office of the General Counsel
600 Fifth Street, N.W.
Washington, D.C. 20001
202.962.2550 (fax)